UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RAFFANIELLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION; DOES 1-50 INCLUSIVE,<br><br>    Defendants. | Case No. CV 17-2869-GW(SSx)<br><br>(Assigned for all purposes to the Honorable George Wu, Courtroom 9D)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# **ORDER**

Having reviewed and considered the Stipulation for Dismissal of Entire Action With Prejudice submitted by Plaintiff Andrea Raffaniello and Defendant Bank of America, N.A.:

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 13, 2017

HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE